```
                   UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA

                  CASE NO. 86-06122-CR-ZLOCH
```

UNITED STATES OF AMERICA,

      Plaintiff,

                                **O R D E R**

FREDERICK JOSEPH HEGNEY,

      Defendant.

_____/

THIS MATTER is before the Court upon the Defendant Frederick Joseph Hegney's Motion For Early Termination Of Supervised Release (DE 2956). The Court has carefully reviewed said Motion, has been advised by the United States Probation Office that defendant is serving a Special Parole Term and that the proper venue for any Motion for Early Termination would be the United States Parole Commission, and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that the Defendant Frederick Joseph Hegney's Motion For Early Termination Of Supervised Release (DE 2956) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this \_\_\_\_16th\_\_\_\_ day of August, 2019.



                                     WILLIAM J. ZLOCH
                                     Sr. United States District Judge

Copies furnished:
All Counsel and Parties of Record